IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

R. CACHO & CIA, INC.

CASE NO. 85-00978(ESL)

Debtor

CHAPTER 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Comes now: CARLOS E. RODRIGUEZ QUESADA, Trustee of the above captioned case, and respectfully states:

Pursuant to the NOTICE FOR DISTRIBUTION, the Trustee has disbursed the entire amount in the Estate's account, and all checks have cleared with the exception of the checks listed in attachment one hereto, which have been either returned by claimant or the mail, or voided as not cashed within 90 days from issuance.

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend. Pursuant to the provisions of 11 U.S.C. s347, check number 11751 for $57,668.16, payable to the Clerk, U.S. Bankruptcy Court, is attached hereto. The claimants entitled thereto are as listed above, and that their addresses, as far as known, are those listed in each proof of claim.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the Office of the U.S. Trustee, Federico Degetau Fed. Bldg. Room 638 Hato Rey, P.R. 00918.

In San Juan, Puerto Rico, this 12th day of January 2000.

CARLOS E. RODRIGUEZ QUESADA
TRUSTEE
MPB 120
P.O. Box 194000
San Juan, PR 00919-4000
Tel.: (787) 759-9809
Fax: (787) 758-7162

| Transaction Date | Check/(Ref) Number | Paid To/ Received From | Transaction Description | Category | Tran Type | Claim # | Disbursements |
|---|---|---|---|---|---|---|---|
| 6/22/1999 | 11660 | CELLOPLAST USA, INC. | VOID RETURNED BY COUNSEL, LOST CONTACT W/CLIENT | 5001 | Void | 369 | (1,953.35) |
| 6/22/1999 | 11656 | LUIS NATAL CABRERA | VOID RETURNED BY COUNSEL, LOST CONTACT W/CLIENT | 5001 | Void | 352 | (32.24) |
| 6/22/1999 | 11522 | WALTER RODRIGUEZ BEAUCHAMP | VOID RETURNED BY MAIL | 5001 | Void | 150 | (290.78) |
| 6/22/1999 | 11610 | RUBEN RODRIGUEZ RIVERA | VOID RETURNED BY MAIL | 5001 | Void | 280 | (15.44) |
| 6/22/1999 | 11515 | CARIBE CANDLE CORP. | VOID RETURNED BY MAIL | 5001 | Void | 138 | (81.87) |
| 6/22/1999 | 11532 | AGENCIAS INTERMARES, INC. | VOID RETURNED BY MAIL | 5001 | Void | 162 | (62.30) |
| 6/22/1999 | 11630 | JOSE A. GONZALEZ | VOID RETURNED BY MAIL | 5001 | Void | 304 | (12.69) |
| 6/22/1999 | 11623 | JUAN A. SOTOMAYOR | VOID RETURNED BY MAIL | 5001 | Void | 294 | (31.60) |
| 6/22/1999 | 11697 | ISRAEL ALVAREZ | VOID RETURNED BY MAIL | 5001 | Void | 458 | (35.01) |
| 6/22/1999 | 11617 | RUBEN SAGARDIA | VOID RETURNED BY MAIL | 5001 | Void | 288 | (12.80) |
| 6/22/1999 | 11559 | ROBERTO JUAN LOPEZ | VOID RETURNED BY MAIL | 5001 | Void | 195 | (38.29) |
| 6/22/1999 | 11686 | G.J.T. POLAR TRADING, INC. | VOID RETURNED BY MAIL | 5001 | Void | 445 | (876.98) |
| 6/22/1999 | 11695 | FRIGORIFICO CRIOLLO, INC. | VOID RETURNED BY MAIL | 5001 | Void | 455 | (180.59) |
| 6/22/1999 | 11605 | ANIBAL NIEVES | VOID RETURNED BY MAIL | 5001 | Void | 255 | (12.74) |
| 6/22/1999 | 11597 | ANIBAL NIEVES | VOID RETURNED BY MAIL | 5001 | Void | 269 | (85.90) |

| Transaction Date | Check/Ref Number | Paid To/Received From | Transaction Description | Category | Tran Type | Claim # | Disbursements |
|---|---|---|---|---|---|---|---|
| 6/22/1999 | 11489 | FROZENS, INC. | VOID RETURNED BY MAIL | 5001 | Void | 108 | (164.01) |
| 6/22/1999 | 11540 | TROPICAL FERTILIZER CORP. | VOID RETURNED BY MAIL | 5001 | Void | 171 | (436.36) |
| 6/22/1999 | 11648 | CRUCITA QUINONES CABAN | VOID RETURNED BY MAIL | 5001 | Void | 331 | (0.61) |
| 6/22/1999 | 11494 | GENERAL IMPORTS CORP. | VOID RETURNED BY MAIL | 5001 | Void | 114 | (194.76) |
| 6/22/1999 | 11702 | JUAN R. DE LA TORRE, SUCRS., INC. | VOID RETURNED BY MAIL | 5001 | Void | 53 | (620.68) |
| 6/22/1999 | 11670 | GENERAL ELECTRIC CREDIT & LEASING | VOID RETURNED BY CLAIMANT, COULD NOT ID ACCOUNT | 5001 | Void | 386 | (13,346.55) |
| 6/22/1999 | 11525 | MCCORMICK & COMPANY | VOID RETURNED BY MAIL | 5001 | Void | 154 | (648.13) |
| 6/22/1999 | 11516 | DURO-TEST INTERNATIONAL CORP. | VOID RETURNED BY MAIL | 5001 | Void | 139 | (12.68) |
| 6/22/1999 | 11593 | ALFREDO ALVAREZ PEREZ | VOID RETURNED BY MAIL | 5001 | Void | 251 | (26.47) |
| 6/22/1999 | 11689 | CASERA FOODS, INC. | VOID RETURNED BY MAIL | 5001 | Void | 448 | (9,945.89) |
| 6/22/1999 | 11704 | WORLD MEAT EXPORTS, INC. | VOID RETURNED BY MAIL | 5001 | Void | 55 | (531.83) |
| 6/22/1999 | 11499 | EMPACADORA BAYAMON, INC. | VOID RETURNED BY MAIL | 5001 | Void | 12 | (2,200.92) |
| 6/23/1999 | 11727 | SEVEN UP BOTTLING CO. | VOID RETURNED BY MAIL | 5001 | Void | 82 | (6,456.35) |
| 6/23/1999 | 11678 | ISRAEL ALVAREZ BADILLO | VOID RETURNED BY MAIL | 5001 | Void | 408 | (19.17) |
| 6/23/1999 | 11565 | COMPAÑIA INTERNACIONAL DE REFRESCOS | VOID RETURNED BY PRESENT OCCUPANT | 5001 | Void | 204 | (333.54) |

| Transaction Date | Check/(Ref) Number | Paid To/ Received From | Transaction Description | Category | Tran Type | Claim # | Disbursements |
|---|---|---|---|---|---|---|---|
| 6/23/1999 | 11498 | FIRST FEDERAL SAVINGS BANK | VOID RETURNED BY MAIL | 5001 | Void | 119 | (382.89) |
| 6/23/1999 | 11637 | ZAIDA SALERNO | VOID RETURNED BY MAIL | 5001 | Void | 312 | (9.03) |
| 6/23/1999 | 11680 | AIDA RAMOS | VOID RETURNED BY MAIL | 5001 | Void | 410 | (8.75) |
| 6/23/1999 | 11560 | EMPACADORA TIBES, INC. | VOID RETURNED BY MAIL | 5001 | Void | 196 | (1,579.68) |
| 6/23/1999 | 11672 | WESTERN FEDERAL SAVINGS. | VOID RETURNED BY CREDITOR, COULD NOT ID DEBT | 5001 | Void | 393 | (79.37) |
| 6/23/1999 | 11555 | A. SALICRUP & CO., INC. | VOID RETURNED BY MAIL | 5001 | Void | 19 | (18.60) |
| 8/25/1999 | 11750 | EAST COAST EXPORT, INC. | REPLACEMENT #11567 | 5001 | Check | 21 | 5,037.33 |
| 1/7/2000 | 11496 | PANADERIA QUINTANA | VOID | 5001 | Void | 116 | (217.77) |
| 1/7/2000 | 11497 | BABY EXPRESS, INC. | VOID | 5001 | Void | 118 | (860.38) |
| 1/7/2000 | 11501 | EBALADORA DIAZ-JOSE DIAZ RAMOS | VOID | 5001 | Void | 122 | (279.42) |
| 1/7/2000 | 11503 | EDIS LAUNDRY DIVISON OF AMERICAN LINEN | VOID | 5001 | Void | 124 | (25.32) |
| 1/7/2000 | 11524 | TRAILER MARINE TRANSPORT CORP. | VOID | 5001 | Void | 153 | (198.05) |
| 1/7/2000 | 11536 | SALVAT EDITORES DE P.R., INC. | VOID | 5001 | Void | 167 | (382.89) |
| 1/7/2000 | 11537 | EMPACADORA COQUI | VOID | 5001 | Void | 168 | (1,136.75) |
| 1/7/2000 | 11542 | FLOR NESTOR GOMEZ | VOID | 5001 | Void | 173 | (64.70) |

| Transaction Date | Check/(Ref) Number | Paid To/ Received From | Transaction Description | Category | Tran Type | Claim # | Disbursements |
|---|---|---|---|---|---|---|---|
| 1/7/2000 | 11549 | BRENDA ENID SANTIAGO | VOID | 5001 | Void | 181 | (4.40) |
| 1/7/2000 | 11556 | E. ROSABAL & CO., INC. | VOID | 5001 | Void | 191 | (162.98) |
| 1/7/2000 | 11563 | KIMBERLY CLARK P.R., INC. | VOID | 5001 | Void | 20 | (1,293.93) |
| 1/7/2000 | 11564 | MARTA J. RIVERA MELENDEZ | VOID | 5001 | Void | 202 | (19.60) |
| 1/7/2000 | 11568 | EDGAR DOMINGUEZ MIRANDA | VOID | 5001 | Void | 210 | (11.11) |
| 1/7/2000 | 11569 | JUAN ROMERO SANTIAGO | VOID | 5001 | Void | 211 | (63.99) |
| 1/7/2000 | 11571 | ANTONIO DIAZ COLLAZO | VOID | 5001 | Void | 213 | (7.33) |
| 1/7/2000 | 11572 | LUIS A. OJEDA SANCHEZ | VOID | 5001 | Void | 214 | (23.04) |
| 1/7/2000 | 11573 | HECTOR LUIS CHEVERE | VOID | 5001 | Void | 216 | (15.32) |
| 1/7/2000 | 11582 | ATLANTIC SERVICE COMPANY | VOID | 5001 | Void | 239 | (119.84) |
| 1/7/2000 | 11584 | ATLANTIC SERVICE COMPANY, INC. | VOID | 5001 | Void | 240 | (101.06) |
| 1/7/2000 | 11586 | ATLANTIC SERVICES DE P.R. | VOID | 5001 | Void | 243 | (27.78) |
| 1/7/2000 | 11585 | SEPLOWIN & COMPANY, INC. | VOID | 5001 | Void | 242 | (177.22) |
| 1/7/2000 | 11590 | MELBA GALARZA ZABALA | VOID | 5001 | Void | 244 | (53.60) |
| 1/7/2000 | 11598 | HERIBERTO SANTIAGO | VOID | 5001 | Void | 256 | (32.16) |

| Transaction Date | Check/(Ref) Number | Paid To/ Received From | Transaction Description | Category | Tran Type | Claim # | Disbursement $ |
|---|---|---|---|---|---|---|---|
| 1/7/2000 | 11599 | JORGE LUIS GONZALEZ | VOID | | 5001 | Void | 257 | (16.41) |
| 1/7/2000 | 11602 | MARIAN GONZALEZ | VOID | | 5001 | Void | 261 | (1.99) |
| 1/7/2000 | 11609 | PEDRO MALDONADO COLON | VOID | | 5001 | Void | 279 | (2.97) |
| 1/7/2000 | 11611 | SANTOS CONCEPCION | VOID | | 5001 | Void | 281 | (5.47) |
| 1/7/2000 | 11612 | JOSE A. PEREZ VAZQUEZ | VOID | | 5001 | Void | 282 | (7.50) |
| 1/7/2000 | 11613 | MARIA TERESA RIVERA | VOID | | 5001 | Void | 283 | (9.07) |
| 1/7/2000 | 11614 | MARIA D. MIRANDA RIVERA | VOID | | 5001 | Void | 284 | (10.99) |
| 1/7/2000 | 11616 | NELSON VALENTIN DIAZ | VOID | | 5001 | Void | 286 | (86.15) |
| 1/7/2000 | 11621 | GEOVANNI RODRIGUEZ AYALA | VOID | | 5001 | Void | 291 | (2.55) |
| 1/7/2000 | 11626 | LUIS A. SOTO | VOID | | 5001 | Void | 299 | (75.85) |
| 1/7/2000 | 11631 | ANA RODRIGUEZ | VOID | | 5001 | Void | 305 | (8.57) |
| 1/7/2000 | 11636 | GIOVANNY ALGARIN CIURO | VOID | | 5001 | Void | 311 | (0.40) |
| 1/7/2000 | 11644 | LUIS PAGAN PEREZ | VOID | | 5001 | Void | 327 | (23.25) |
| 1/7/2000 | 11647 | WALTER VALENTIN | VOID | | 5001 | Void | 330 | (27.09) |
| 1/7/2000 | 11653 | CARIBE CANDY, INC. | VOID | | 5001 | Void | 346 | (1,118.95) |

| Transaction Date | Check(Ref) Number | Paid To/ Received From | Transaction Description | Category | Tran Type | Claim # | Disbursement $ |
|---|---|---|---|---|---|---|---|
| 1/7/2000 | 11688 | CARLOS IRIZARRY DIST. | VOID | 5001 | Void | 447 | (382.89) |
| 1/7/2000 | 11691 | J.R. MARQUINA & ASSOC. | VOID | 5001 | Void | 450 | (875.18) |
| 1/7/2000 | 11693 | PROZENS, INC. | VOID | 5001 | Void | 452 | (247.23) |
| 1/7/2000 | 11696 | CARNATION CO. | VOID | 5001 | Void | 456 | (8,751.83) |
| 1/7/2000 | 11732 | RADIOTELEPHONE COMMUNICATORS OF P.R., INC. | VOID | 5001 | Void | 88 | (31.60) |
| 1/12/2000 | 11751 | CLERK, US BANKRUPTCY COURT | UNCLAIMED FUNDS | 6003 | Check | | 57,668.16 |

| | | | |
|---|---|---|---|
| Carlos E. Rodriguez Quesada, Trustee<br>One Comptroller Plaza, 6th floor<br>105 Ponce de Leon<br>Hato Rey, PR  00917 | Case    R. CACHO & CO., INC<br>Case #  85-00978 (ESL)<br>Acct     CK | BANCO SANTANDER P.R.<br>SAN JUAN, PR  00936-2589<br>101-234/215 | |
| | VOID AFTER 90 DAYS | DATE    01/12/2000 | CHECK NO.    11751 |

PAY    FIFTY-SEVEN THOUSAND SIX HUNDRED SIXTY-EIGHT AND 16 / 100 DOLLARS          $57,668.16

DESCRIPTION    UNCLAIMED FUNDS

TO THE ORDER    CLERK, US BANKRUPTCY COURT

_____
Trustee

Patent No. 5, 788, 285, and Patents Pending

⑇⑇0011751⑇⑇  ⑇⑇021502341⑇:  ⑇⑇652001092⑇⑇

Carlos E. Rodriguez Quesada, Trustee
One Comptroller Plaza, 6th floor
105 Ponce de Leon
Hato Rey, PR  00917

Case    R. CACHO & CO., INC.
Case #  85-00978 (ESL)

CONTROL NO.    645

DATE    01/12/2000        CHECK NO.    11751

PAID    $57,668.16

PAID TO    CLERK, US BANKRUPTCY COURT           DESCRIPTION    UNCLAIMED FUNDS

ACCT NO.   652001092

Copy 1