# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| IN RE: | * |
| R. CACHO & CO., INC. | *    CASE NO. 85-00978(ESL) |
| Debtor | *    CHAPTER 7 |
| | * |

## AMENDMENT TO
## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Comes now: CARLOS E. RODRIGUEZ QUESADA, Trustee of the above captioned case, and respectfully states:

Pursuant to the NOTICE FOR DISTRIBUTION, the Trustee disbursed the entire amount in the Estate's account. Having all checks cleared, a Report of Unclaimed Funds was filed with the Court, with a check for the account balance.

It has since been determined that the following checks had cleared:

| Check # | Claimant | Amount |
|---|---|---|
| 11750 | East Coast Exports | $5,037.33 |
| 11631 | Ana Rodriguez | $ 8.57 |
| 11647 | Walter Valentin | $ 27.09 |

The Report should be considered amended accordingly.

WHEREFORE, it is respectfully requested from this Honorable Court to be informed of the above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the Office of the U.S. Trustee, Federico Degetau Fed. Bldg. Room 638 Hato Rey, P.R. 00918.

In San Juan, Puerto Rico, this 29th day of June 2000.

CARLOS E. RODRIGUEZ QUESADA
TRUSTEE
MPB 120
P.O. Box 194000
San Juan, PR 00919-4000
Tel.: (787) 759-9809
Fax: (787) 758-7162